UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RANDALL NASHLEANAS,

      Plaintiff,

v.                                                            Case No. 18-cv-294-pp

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

      Defendant.

---

## ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 16) AND DISMISSING CASE

---

On July 24, 2018, the parties filed a stipulation of dismissal. Dkt. No. 16. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney fees.

Dated in Milwaukee, Wisconsin this 24th day of July, 2018.

                                                **BY THE COURT:**

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **United States District Judge**